# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Todd R. Filter, individually and as the, Guardian Ad Litem for Riley T. Filter, | Civil No. 06-1587 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| William Tory Cherp, | |
| Defendant. | |

---

Pursuant to the Stipulation in the above-captioned action, **IT IS ORDERED** that all claims, including all cross-claims, counterclaims and third-party claims are hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 8, 2007

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge